**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Meyer, | No. CV-25-00247-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Lyft Express Drive, et al., | |
| Defendants. | |

On April 11, 2025, the deadline to file a second amended complaint, pro se Plaintiff filed a motion requesting a deadline extension (Doc. 30), followed a few days later by a memorandum explaining that Plaintiff will soon be represented by legal counsel (Doc. 31).

On April 15, 2025, Defendant filed an opposition, proposing that the Court deny the extension request because it was not accompanied by "a proposed form of order," did not specify the length of the extension requested, and does not establish "good cause" to extend the deadline. (Doc. 32.)

On April 16, 2025, Plaintiff filed a reply clarifying that he seeks a 30-day extension, reasserting his reasons supporting the extension request, and asserting that minor procedural errors should not stand in the way of resolving the action on the merits. (Doc. 33.)

The motion was made before the deadline elapsed, the extension requested is relatively short, and pro se Plaintiff's avowal that he will soon be represented constitutes

1  good cause for a short extension of the deadline to file an amended complaint.

2  Accordingly,

3  **IT IS ORDERED** that Plaintiff's motion (Doc. 30) is **granted**. The deadline for Plaintiff to file the second amended complaint is extended to **May 16, 2025**.

5  **IT IS FURTHER ORDERED** that if Plaintiff fails to file a second amended complaint by May 16, 2025, the Clerk of Court shall terminate this action.

7  Dated this 17th day of April, 2025.

Dominic W. Lanza
United States District Judge